# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

_____ )
                             )  Civil Case No.: 1:16-CV-01048
             Plaintiff(s)    )
                             )  CIVIL
    vs.                      )  RIGHTS
                             )  COMPLAINT
                             )  PURSUANT TO
             Defendant(s)    )  42 U.S.C. § 1983
_____ )

Plaintiff(s) demand(s) a trial by: ● JURY  ○ COURT  (Select only one)

*U.S. DISTRICT COURT N.D. OF N.Y. FILED AUG 29 2016 LAWRENCE K. BAERMAN, CLERK ALBANY*

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Stephanie Gilmore, Darryl A Gilmore, 3 minors
   Address: 612 Griswold Heights
            Troy new york 12180

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Troy Housing Authority
      Official Position: Housing police (mclaughlin)
      Address: Administrative office
               One Eddy's Lane
               Troy new york 12180

b. Defendant: John Does
   Official Position: U.S. marshals.
   Address: 445 Broadway
            Albany NY 12207

c. Defendant: _____
   Official Position: _____
   Address: _____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

_____
_____
_____
_____
_____
_____

b. Defendant: N.Y.P.D.
   Official Position: Jason Garcia & others
   Address: One Police Plaza
   New York, New York
   10038

c. Defendant: U.S. Marshals
   Official Position: Mike Warner & others.
   Address: 445 Broadway
   Albany New York
   12207

Additional Defendants may be added on a separate sheet of paper.

## FACTS

4. Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).

On 9-24-15 at 05:25 AM Troy Housing police officer McLaughlin, illegally gained entry into our home using a master key. This was at the request of NYPD officers (Garcia) and U.S. Marshals (Warner). They were looking to detain someone not associated with our home. Our home was unlawfully searched. Darryl Gilmore was unlawfully detained. Our 3 minors was also present.

## CAUSES OF ACTION

5.

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

NYPD officers abused their authority, by not obtaining a third party warrent to gain entry into our home. Excessive Force was used while unlawfully entering our home. Our 4th and 14th ammendent Rights were violated.

### SECOND CAUSE OF ACTION

Troy Housing officers, also violated our 4th & 14th ammendent Rights, By illegally entering our home without a warrent or probable cause. Civil Rights violated by profiling our Family. Slander and defamation after the fact. Stating that our 3 minors were home alone.

### THIRD CAUSE OF ACTION

United States marshals failed to ensure that the proper documentation was on hand, before unlawfully entering our home, machine guns in hand. Excessive Force was used while unlawfully searching our home. Daryl was cuffed and made to stand outside our home. until the unlawful search was over. and produced nothing.

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

We are asking that changes + policy put in place to make certain this does not ue occur. Also $500,000.000 for violating our constitutional & civil Rights. $1,000,000.00 For punitive Damages. Indense fear for our lives and the lives of our 3 minors! Slander and embarrassment.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8/29/16.

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

Delmar
S. Gilmore

02/2010