UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

STEPHANIE GILMORE, DARRYL GILMORE,

                                  Plaintiffs,

              -against-

TROY HOUSING AUTHORITY, JOHN DOE U.S.
MARSHALS, NYPD, U.S. MARSHAL MIKE WARNER,
TROY HOUSING AUTHORITY OFFICER MCLAUGHLIN,

                                  Defendants.
------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-1048 (DNH) (DJS)

       **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

       2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

**[REMAINDER OF PAGE INTENTIONALL LEFT BLANK]**

3. The parties represent and agree that no party hereto is an infant or incompetent.

Dated: New York, New York
       4·20·     , 2018

STEPHANIE GILMORE
*Plaintiff Pro Se*
612 Griswold Heights
Troy, New York 12180

By: *[signature]*
Stephanie Gilmore
*Plaintiff Pro Se*

DARRYL GILMORE
*Plaintiff Pro Se*
612 Griswold Heights
Troy, New York 12180

By: *[signature]*
Darryl Gilmore
*Plaintiff Pro Se*

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendant "NYPD"*
100 Church Street, 3rd Floor
New York, New York 10007

By: *[signature]*
Erin Ryan
*Assistant Corporation Counsel*

JOHN W. LIGUORI, ESQ.
Towne, Ryan Law Firm – Albany Office
*Attorney for Defendants Troy Housing, McLaughlin*
450 New Karner Road
Albany, New York 12205

By: *[signature]*
John W. Liguori, Esq.
*Attorney for Troy Housing, McLaughlin*

GRANT C. JAQUITH
United States Attorney
*Attorney for Defendant Deputy United States Marshal Michael Woerner (s/h/a "U.S. Marshal Mike Warner")*
445 Broadway, Room 218
Albany, New York 12207

By: *[signature]*
Karen Folster Lesperance,
*Assistant United States Attorney*

IT IS SO ORDERED:

*[signature]*
David N. Hurd
United States District Judge

Dated: May 2, 2018
       Utica, NY