June 2, 2018

Gilmore v Troy Housing at el

16-CV-1048 (DNH) (DJS)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JUN 0 7 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

Dear Honorable Judge,

    This correspondence is in reference to the settlement agreement which all parties agreed upon. On March 30, 2018 Troy Housing lawyer John Liguori, stated, that the settlement funds would be available to the plaintiffs in no more then 21 days.

 We are informing you that after many failed attempts, we the plaintiffs have yet to receive Troy Housings portion of the settlement.  Mr. Liguori contacted us on Friday 6/1/2018 and made us aware that he did not know where the funds were. We the plaintiffs are requesting if possible an order to relinquish the funds immediately or we can come back to court with Troy Housing, do discuss there breach of agreement.  Included are the, correspondence between plaintiff and Mr. Liguori.

Respectfully,

Darryl A Gilmore
Darryl A Gilmore
Stephanie Gilmore

**Stephanie Gilmore** <skeema.sr@gmail.com>   May 23 (10 days ago)
to john.liguori

Good morning this is in regards to the Gilmore vs Troy housing case. We reached out to you a few weeks ago through phone and email and have yet to gain a response. We are inquiring on when our settlement will be issued. We will be making the court aware of the delay.

Sent from my iPhone

---

**John Liguori**   May 23 (10 days ago)
to Mark, Thelma, me

Dear Ms. Gilmore: We just sent releases out to you yesterday. If you wish to speed things up you and your husband can stop at our offices and sign the releases and I can then forward to the insurance carrier electronically. Upon receipt the insurance carrier is prepared to immediately issue payment. Please feel free to contact me directly if you wish to come the office to sign the releases. Thank you. John

John W. Liguori, Esq.
Of Counsel

Towne, Ryan & Partners, P.C.
Attorneys at Law
A New York State Certified Women-owned Business Enterprise (WBE)
450 New Karner Road
P.O. Box 15072
Albany, NY 12212
Phone (518) 452-1800 | Fax (518) 452-6435
john.liguori@townelaw.com
Visit our website.

---

This email, including any accompanying document (individually and collectively, "the transmission"), comes from Towne, Ryan & Partners, P.C. 450 New Karner Road Albany, NY 12205 (518) 452-1800 attorneys. The email is intended solely for the recipient(s) designated herein. The email may contain confidential and legally privileged communications made between attorney and client in the course of professional employment and for the purposes of legal advice or services. If the reader of this email is not the designated recipient or the employee or agent responsible for forwarding the transmission to the designated recipient, any reading, dissemination, distribution, or duplication of the transmission is prohibited. In such case, the reader is directed to contact the sender as soon as possible and at our expense for further instruction either by returning the email transmission to the sender electronically or by fax to (518) 452-6435.
*Please Note Further*
In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

---

**Stephanie Gilmore** <skeema.sr@gmail.com>   May 23 (10 days ago)
to John

We can stop by at 1230 today if that works for you.

---

**John Liguori**   May 23 (10 days ago)
to me

Yes. That works fine. We are located at the address below. see you at 12:30.

**John W. Liguori, Esq.**
Of Counsel



Towne, Ryan & Partners, P.C.
Attorneys at Law
A New York State Certified Women-owned Business Enterprise (WBE)

450 New Karner Road
P.O. Box 15072
Albany, NY 12212
Phone (518) 452-1800 | Fax (518) 452-6435
john.liguori@townelaw.com
Visit our website.

---

This email, including any accompanying document (individually and collectively, "the transmission"), comes from Towne, Ryan & Partners, P.C. 450 New Karner Road Albany, NY 12205 (518) 452-1800 attorneys. The email is intended solely for the recipient(s) designated herein. The email may contain confidential and legally privileged communications made between attorney and client in the course of professional employment and for the purposes of legal advice or services. If the reader of this email is not the designated recipient or the employee or agent responsible for forwarding the transmission to the designated recipient, any reading, dissemination, distribution, or duplication of the transmission is prohibited. In such case, the reader is directed to contact the sender as soon as possible and at our expense for further instruction either by returning the email transmission to the sender electronically or by fax to (518) 452-6435.

*"Please Note Further"*

In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Stephanie Gilmore [mailto:skeema.sr@gmail.com]
**Sent:** Wednesday, May 23, 2018 9:01 AM
**To:** John Liguori <john.liguori@townelaw.com>
**Subject:** Re: Settlement

---

**Stephanie Gilmore** <skeema.sr@gmail.com>     May 23 (10 days ago)
to John

Ok, I'll be there.

---

**Stephanie Gilmore** <skeema.sr@gmail.com>     May 23 (10 days ago)
to John

Releases are signed and will the settlements be issued by mail, or come to you first? If so we prefer to pick up
Thanks again
Sent from my iPhone

On May 23, 2018, at 09:01, John Liguori <john.liguori@townelaw.com> wrote:

> Yes. That works fine. We are located at the address below. see you at 12:30.
>
> ### John W. Liguori, Esq.
> Of Counsel
>
> <image001.jpg>

---

Click here to Reply or Forward

**Stephanie Gilmore** <skeema.sr@gmail.com>
to John

May 29 (4 days ago)

Good morning, is there anyway we can have a time frame on when the settlement will be satisfied? The time frame given to the judge by you, has exceeded. So please clarify. We will be making the courts aware of the discrepancy.

**John Liguori**
to me

May 30 (3 days ago)

Dear Mrs. Gilmore: I expect to receive the settlement check from the insurance carrier this week. I will call you upon its arrival if you wish to stop by to pick up. Thank you for your patience.

**John W. Liguori, Esq.**
Of Counsel



Towne, Ryan & Partners, P.C.
Attorneys at Law
*A New York State Certified Women-owned Business Enterprise (WBE)*
450 New Karner Road
P.O. Box 15072
Albany, NY 12212
Phone (518) 452-1800 | Fax (518) 452-6435
john.liguori@townelaw.com
Visit our website.

---

*This email, including any accompanying document (individually and collectively, "the transmission"), comes from Towne, Ryan & Partners, P.C. 450 New Karner Road Albany, NY 12205 (518) 452-1800 attorneys. The email is intended solely for the recipient(s) designated herein. The email may contain confidential and legally privileged communications made between attorney and client in the course of professional employment and for the purposes of legal advice or services. If the reader of this email is not the designated recipient or the employee or agent responsible for forwarding the transmission to the designated recipient, any reading, dissemination, distribution, or duplication of the transmission is prohibited. In such case, the reader is directed to contact the sender as soon as possible and at our expense for further instruction either by returning the email transmission to the sender electronically or by fax to (518) 452-6435.*

***Please Note Further***

*In accordance with Internal Revenue Service Circular 230, we inform you that any discussion of a federal tax issue contained in this communication (including any attachments) is not intended or written to be used, and it cannot be used, by any recipient for the purpose of (i) avoiding penalties that may be imposed on the recipient under United States federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.*

**From:** Stephanie Gilmore [mailto:skeema.sr@gmail.com]
**Sent:** Tuesday, May 29, 2018 10:35 AM
**To:** John Liguori <john.liguori@townelaw.com>
**Subject:** Settlement for Gilmore vs Troy housing

**Stephanie Gilmore** <skeema.sr@gmail.com>
to John

May 30 (3 days ago)

Great, thank you.

Click here to Reply or Forward

2.11 GB (14%) of 15 GB used
Manage

Stephanie Bumzgee Small
1012 Oriskany + 1ts
Troy NY 12180

U.S. District Court
Northern District of N.Y.
Lawrence K. Baerman, Clerk
445 Broadway
Albany N.Y 12207

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUN 07 2018
LAWRENCE K. BAERMAN, CLERK
ALBANY

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT



FSC
MIX
Envelope
FSC® C137131